# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HECTOR RUIZ, ) Case No. 2:13-cv-320-DMG (SHx)
)
      Plaintiff, )
 vs. ) **ORDER DISMISSING ACTION IN**
) **ITS ENTIRETY** [48]
)
TIME WARNER CABLE, INC., a )
Delaware corporation )
      Defendants. )
_____ )

**GOOD CAUSE APPEARING**,

**IT IS HEREBY ORDERED**, that this action shall be dismissed in its entirety, with prejudice, and without costs.

DATED: March 20, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE